IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs. 4:07-CR-00228-01-BRW

RICKY BARBER

ORDER

Pending is the Motion for Summons (Doc. No. 41) in the above styled matter. The Motion is GRANTED and the Clerk's office is directed to prepare and issue a summons for the defendant, Ricky Barber. A revocation hearing is set for Wednesday, April 30, 2014, at 10:30 A.M. in Courtroom #1A.

Assistant Federal Public Defender Latrece Gray, is appointed to represent the defendant in this matter.

IT IS SO ORDERED this 12th day of November, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE